# UNITED STATES DISTRICT COURT
# DISTRICT OF MINNESOTA

UNITED STATES OF AMERICA,              08cr221        (JNE/JJK)

    Plaintiff,

v.                                     **ORDER**

JERRY TOM SOUVANNAVONG,

    Defendant.

---

This matter is before the Court upon the Defendant's motion to exclude the period of time from the date of this order through Defendant's trial date from the Speedy Trial Act computations in this case [Docket No. 12]. Pursuant to 18 U.S.C. § 3161 (h)(8)(A), the Court finds that the ends of justice served by the granting of such continuance outweigh the best interest of the public and the defendant in a speedy trial. This finding is based on the facts set forth in the defendant's Statement of Facts in Support of Exclusion of Time Under Speedy Trial Act in the accompanying motion.

Accordingly, IT IS HEREBY ORDERED that the period from the date of this order through Defendant's trial date shall be excluded from the Speedy Trial Act computations in this case.

IT IS FURTHER ORDERED that trial shall commence on Tuesday, November 4, 2008 at 9:30 a.m., in Courtroom 12W, Minneapolis, Minnesota.

DATED: September 26, 2008.

                                          s/ Joan N. Ericksen
                                          JOAN N. ERICKSEN, Judge
                                          United States District Court